No. 93–5550. FAVELA ROMERO *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 93–5552. CLAY *v.* MURRAY, DIRECTOR, VIRGINIA DEPARTMENT OF CORRECTIONS. C. A. 4th Cir. Certiorari denied. ▪

No. 93–5553. HILLING ET AL. *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 93–5554. GEORGE *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 93–5556. ESTES *v.* CITY OF SEATTLE ET AL. Ct. App. Wash. Certiorari denied.

No. 93–5557. HUGHES *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 93–5558. GACY *v.* WELBORN, WARDEN, ET AL. C. A. 7th Cir. Certiorari denied.

No. 93–5559. BENJAMIN *v.* BROWN, SECRETARY OF VETERANS AFFAIRS. C. A. Fed. Cir. Certiorari denied.

No. 93–5560. DONALDSON *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 93–5563. SHIELDS *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 93–5564. MORRIS *v.* UNITED STATES. Ct. App. D. C. Certiorari denied.

No. 93–5565. LIEBMAN *v.* LIEBMAN. Dist. Ct. App. Fla., 4th Dist. Certiorari denied.

No. 93–5567. NAVARRO GARCIA *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 93–5569. GUZMAN *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 93–5571. ORTIZ *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.